# BEFORE THE
# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In re: Paycheck Protection Program (PPP) Agent Fees Litigation* | MDL No. 2950 |

## PROOF OF SERVICE

I hereby certify pursuant to J.P.M.L. R. 4.1(a) that on July 6, 2020, I filed the foregoing *Notice of Presentation of Oral Argument* with this Panel's CM/ECF system, which served counsel of record for each of the parties to this putative MDL electronically.

I further certify I served this *Notice of Presentation of Oral Argument* on the following parties by mailing this document via U.S. Mail to the following addresses provided by the PACER system:

Amerant Bank, N.A.
Attn: General Counsel
220 Alhambra Circle
Coral Gables, FL 33134


BANKUNITED, N.A.
Legal Department
14817Oak Lane
Miami Lakes, FL 33016

Cambridge Trust Company
Attn: Thomas Johnson, Secretary
1336 Massachusetts Ave
Cambridge, MA 02138

Centerstate Bank Corporation
1011 First Street South
Winter Haven, FL 33880

BSD Capital, LLC
121 West Long Lake Road
Suite 200
Bloomfield Hills, MI 48304

CIBC Bank USA
120 South LaSalle Street
Chicago, MA 02138

First Horizon Bank
1305 Decatur Pike
Athens, YN 37303

Paradise Bank
Attn: William J. Burke
2420 N. Federal Hwy
Boca Raton, FL 33431

Professional Bank
1567 San Remo Avenue
Coral Gables, FL 33146

Vectra Bank Colorado
2000 South Colorado Blvd.
Suite 2-1200
Denver, CO 80222

Midwest Regional Bancorp, Inc.
363 Festus Centre Drive
Festus, MO 63028

Midwest Regional Bank
363 Festus Centre Drive
Festus, MO 63028

Modern Bank Management, LLC
410 Park Ave
New York, NY 10022

Modern Bank N.A.
410 Park Ave
New York, NY 10022

Citizens & Northern Corp.
90-20 Main Street
Wellsboro, PA 16901

Citizens & Northern Bank
90-92 Main Street
Wellsboro, PA 16901

Valley National Bank
1445 Valley Road
Wayne, NJ 07470

BMO Harris Bank, N.A.
111 W. Monroe Street
Chicago, IL 60603

JP Morgan Chase Bank NA
1111 Polaris Parkway
Columbus, OH 43240

Radius Bank
Tracie Kosakowski, General Counsel
One Harbor Street
Boston, MA 02210

First Reliance Bank
2170 W. Palmetto St
Florence, SC 29501

Pinnacle Bank
1401 N. Street
Lincoln, NE 68508

The Citizens Bank
c/o Thomas (Tommy) Bouchette,
Registered Agent
1600 W. Palmetto Street
Florence, SC 29501

Intuit, Inc.
c/o Corporation Service Company
1703 Laurel Street
Columbia, SC 29201

Comerica Bank
1717 Main Street
Dallas, TX 75201

Bank of South Texas
1421 E. Nolana Ave
McAllen, TX 78504

9073011.1
9121412.1

Frost Bank
c/o Trey Banack
111 W. Houston St
San Antonio, TX 78205

A10 Capital LLC
800 W. Main Street
Suite 1100
Boise, ID 83702

Mountain West Bank
125 W Ironwood Drive
Coeur D' Alene, ID 83814

Numerica Credit Union
14610 E. Sprague Ave
Spokane Valley, WA 99216

Sound Community Bank
2400 Third Avenue
Seattle, WA 98121

State Bank Northwest
12902 East Sprague Avenue
Spokane Valley, WA 99216

Washington Trust Bank
717 W. Sprague Avenue
Spokane, WA 99201

Wheatland Bank Inc.
222 N. Wall Street
Suite 100
Spokane, WA 99201

First Interstate Bank
401 North 31st Street
Billings, MT 59101

/s/ *Gregory C. Cook*
Gregory C. Cook
**BALCH & BINGHAM LLP**
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
Telephone:	(205) 251-8100
Facsimile:	(205) 226-8799
Email: gcook@balch.com

*Counsel for Defendant Cadence Bank, N.A.
and Cadence Bancorporation*

9121412.1