## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PAYCHECK PROTECTION PROGRAM (PPP) AGENT FEE LITIGATION | MDL DOCKET NO. 2950 |

### PROOF OF SERVICE

I hereby certify that on July 6, 2020, a copy of the foregoing Notice of Presentation or Wavier of Oral Argument was served via CM/ECF transmission, via email, or via U.S. Mail to all parties and/or counsel in involved actions as detailed below.

| *James Quinn, et al. v. JPMorgan Chase Bank, N.A., d/b/a Chase Bank et al.*, 1:20-cv-04100-JSR (S.D.N.Y.) | |
|---|---|
| James Quinn (*Via Email to Counsel*) | **Elaine S. Kusel**<br>**Michele M. Vercoski**<br>**Richard D. McCune**<br>**Tuan Q. Nguyen**<br>McCune Wright Arevalo, LLP<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff James Quinn* |
| Fahmia, Inc. (*Via Email to Counsel*) | **Elaine S. Kusel**<br>**Michele M. Vercoski**<br>**Richard D. McCune**<br>**Tuan Q. Nguyen**<br>McCune Wright Arevalo, LLP<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com |

| | |
|---|---|
| | *Counsel for Plaintiff Fahmia, Inc.* |
| Prinzo & Associates, LLC<br>(*Via email to Counsel*) | **Elaine S. Kusel**<br>**Michele M. Vercoski**<br>**Richard D. McCune**<br>**Tuan Q. Nguyen**<br>McCune Wright Arevalo, LLP<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff Prinzo & Associates, LLC* |
| JPMorgan Chase Bank, N.A., d/b/a Chase Bank<br>(*Via email to Counsel*) | Sylvia E. Simson<br>**Greenberg Traurig, P.A**<br>200 Park Ave<br>New York, NY 10166<br>212-801-9200<br>simsons@gtlaw.com<br><br>*Counsel for Defendant JPMorgan Chase Bank, N.A., d/b/a Chase Bank* |
| JPMorgan Chase & Co.<br>(*Via email to Counsel*) | Sylvia E. Simson<br>**Greenberg Traurig, P.A**<br>200 Park Ave<br>New York, NY 10166<br>212-801-9200<br>simsons@gtlaw.com<br><br>*Counsel for Defendant JPMorgan Chase & Co.* |

| | |
|---|---|
| *James Quinn v. Signature Bank Corp. et al.*, 1:20-cv-04144-JSR (S.D.N.Y.) ||
| James Quinn<br>(*Via email to Counsel*) | Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>Tuan Q. Nguyen<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com |

| | |
|---|---|
| | tqn@mccunewright.com<br><br>*Counsel for Plaintiff James Quinn* |
| Signature Bank<br>565 Fifth Avenue,<br>New York City, New York 10017<br>(*Via email to Counsel*) | Elizabeth M. Sacksteder<br>**Paul Weiss (NY)**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>Fax: 212-757-3990<br>Email: esacksteder@paulweiss.com<br><br>*Counsel for Defendant Signature Bank* |

| *Fahmia, Inc. v. MUFG Americas Holding Co. et al.*, 1:20-cv-04145-JSR (S.D.N.Y.) | |
|---|---|
| Fahmia, Inc.<br>(*Via email to Counsel*) | Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>Tuan Q. Nguyen<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff Fahmia, Inc.* |
| MUFG Americas Holding Co.<br>(*Via email to Counsel*) | Ashley M. Simonsen<br>**Covington & Burling LLP**<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>424-332-4782<br>asimonsen@cov.com<br><br>*Counsel for Defendants MUFG Americas Holding Co.* |
| MUFG Union Bank, N.A.<br>(*Via email to Counsel*) | Ashley M. Simonsen<br>**Covington & Burling LLP**<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>424-332-4782<br>asimonsen@cov.com<br><br>*Counsel for Defendant MUFG Union Bank, N.A.* |

| *Fahmia, Inc. v. Citibank, N.A. et al.*, 1:20-cv-04146-JSR (S.D.N.Y.) ||
|---|---|
| Fahmia, Inc.<br>(*Via email to Counsel*) | Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>Tuan Q. Nguyen<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff Fahmia, Inc.* |
| Citibank, N.A.<br>399 Park Avenue,<br>New York City, New York 10022<br>(*Via email to Counsel*) | Christopher James Houpt<br>**Mayer Brown LLP (NY)**<br>1221 Avenue of the Americas, 14th Floor<br>New York, NY 10020-1001<br>(212) 506-2380<br>Fax: (212) 849-5830<br>Email: choupt@mayerbrown.com<br><br>Lucia Nale<br>**Mayer Brown LLP (Chicago)**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>Fax: (312) 701-7711<br>Email: lnale@mayerbrown.com<br><br>Thomas V Panoff<br>**Mayer Brown LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 701-8821<br>Fax: (312) 706-8297<br>Email: tpanoff@mayerbrown.com<br><br>Andrew Spadafora<br>71 S Wacker Dr<br>Chicago, IL 60606<br>312-701-7743<br>Email: aspadafora@mayerbrown.com<br><br>Christopher Comstock<br>**Mayer Brown LLP (Chicago)** |

|  | 71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 701-8386<br>Email: ccomstock@mayerbrown.com<br><br>*Counsel for Defendant Citibank, N.A.* |
|---|---|
| Citigroup Inc.<br>390 Greenwich St,<br>New York, New York 10013<br>(*Via email to Counsel*) | Christopher James Houpt<br>**Mayer Brown LLP (NY)**<br>1221 Avenue of the Americas, 14th Floor<br>New York, NY 10020-1001<br>(212) 506-2380<br>Fax: (212) 849-5830<br>Email: choupt@mayerbrown.com<br><br>Lucia Nale<br>**Mayer Brown LLP (Chicago)**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>Fax: (312) 701-7711<br>Email: lnale@mayerbrown.com<br><br>Thomas V Panoff<br>**Mayer Brown LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 701-8821<br>Fax: (312) 706-8297<br>Email: tpanoff@mayerbrown.com<br><br>Andrew Spadafora<br>71 S Wacker Dr<br>Chicago, IL 60606<br>312-701-7743<br>Email: aspadafora@mayerbrown.com<br><br>Christopher Comstock<br>**Mayer Brown LLP (Chicago)**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 701-8386<br>Email: ccomstock@mayerbrown.com<br><br>*Counsel for Defendant Citigroup, Inc.* |

| *Ratliff CPA Firm v. First-Citizens Bank & Trust Company*, 2:20-cv-02041-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.** |

| | |
|---|---|
| | 1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
| First-Citizens Bank & Trust Company<br>C/O CT Corporation System, Registered Agent<br>2 Office Park Court, Suite 103<br>Columbia, SC 29223<br>(*Via email to Counsel*) | Addie K S Ries<br>**Smith Anderson Blount Dorsett Mitchell and Jernigan**<br>PO Box 2611<br>Raleigh, NC 27602<br>919-821-1220<br>Email: aries@smithlaw.com<br><br>*Counsel for Defendant First-Citizens Bank & Trust Co.* |

| | |
|---|---|
| *Prinzo & Associates, LLC v. BMO Harris Bank, N.A.,et al.* 1:20-cv-03256-GF (N.D. Ill.) | |
| Prinzo & Associates, LLC<br>(*Via email to Counsel*) | Derek Y. Brandt<br>Leigh M. Perica<br>**MCCUNE WRIGHT AREVALO LLP** |

| | |
|---|---|
| | 231 North Main Street, Suite 20<br>Edwardsville, Illinois 62025<br>Telephone: (618) 307-6116<br>Facsimile: (618) 307-6161<br>dyb@mccunewright.com<br>lmp@mccunewright.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br>mmv@mccunewright.com<br><br>*Counsel for Plaintiff Prinzo & Associates, LLC* |
| BMO Harris Bank, N.A.<br>(*Via Email to Counsel*) | Jeffrey Edmund Jamison<br>**BMO Harris Bank N.A.**<br>111 West Monroe<br>19th Floor<br>Chicago, IL 60603<br>312-461-4694<br>jeffrey.jamison@bmo.com'<br><br>*Counsel for Defendant BMO Harris, N.A.* |
| BMO Financial Corp.<br>(*Via Email to Counsel*) | Jeffrey Edmund Jamison<br>**BMO Harris Bank N.A.**<br>111 West Monroe<br>19th Floor<br>Chicago, IL 60603<br>312-461-4694<br>Email: jeffrey.jamison@bmo.com<br><br>*Counsel for Defendant BMO Financial Corp.* |

| | |
|---|---|
| *Fahmia, Inc. v. Zions Bancorporation, N.A.,* 2:20-cv-05104-JAK-PVC (C.D. Cal.) | |
| Fahmia, Inc.<br>(*Via email to Counsel*) | Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>Tuan Q. Nguyen<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761 |

| | |
|---|---|
| | 909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br>tqn@mccunewright.com<br><br>*Counsel for Plaintiff Fahmia, Inc.* |
| Zions Bancorporation, N.A.<br>One South Main, 11th Floor<br>Salt Lake City, UT 84133<br>(*Via email to Counsel*) | Diane Lee McGimsey<br>**Sullivan and Cromwell LLP**<br>1888 Century Park East Suite 200<br>Los Angeles, CA 90067<br>310-712-6600<br>Fax: 310-712-8800<br>Email: mcgimseyd@sullcrom.com<br><br>*Counsel for Defendant Zions Bancorporation, N.A.* |

| | |
|---|---|
| *Ratliff CPA Firm v. Truist Bank*, 2:20-cv-02207-BHH (D.S.C.) ||
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski |

| | |
|---|---|
| | **MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
| Truist Bank C/O CT Corporation System,<br>Registered Agent<br>2 Office Park Court, Suite 103<br>Columbia, SC 29223<br>(*Via Mail*) | |

| *Ratliff CPA Firm v. First Reliance Bank*, 2:20-cv-02208-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com |

|  | *Counsel for Plaintiff Ratliff CPA Firm* |
|---|---|
| First Reliance Bank<br>C/O FR Saunders, Jr, Registered Agent<br>2170 W Palmetto St,<br>Florence, SC 29501<br>(*Via Mail*) |  |

| *Ratliff CPA Firm v. Pinnacle Bank*, 2:20-cv-02225-BHH (D.S.C.) ||
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br>mmv@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
| Pinnacle Bank<br>1401 N Street | William Howell Morrison<br>134 Meeting Street |

| | |
|---|---|
| Lincoln, Nebraska 68508<br>(*Via email to Counsel*) | 3rd Floor<br>Charleston, SC 29401<br>843-720-4405<br>Fax: 843-722-2266<br>Email: hmorrison@hsblawfirm.com<br><br>*Counsel for Defendant Pinnacle Bank* |

| *Fahmia, Inc. v. Comerica, Inc. et al,* 3:20-cv-01536-B (N.D. Tex.) | |
|---|---|
| Fahmia, Inc.<br>(*Via email to Counsel*) | Bruce William Steckler<br>**Steckler Gresham Cochran PLLC**<br>12720 Hillcrest Rd, Ste 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: bruce@stecklerlaw.com<br><br>Elaine S. Kusel<br>Michele M. Vercoski<br>Richard D. McCune<br>**McCune Wright Arevalo, LLP**<br>3281 E. Guasti Road, Suite 100<br>Ontario, CA 91761<br>909-557-1250<br>Fax: 909-557-1275<br>esk@mccunewright.com<br>mmv@mccunewright.com<br>rdm@mccunewright.com<br><br>L Kirstine Rogers<br>**Steckler Gresham Cochran PLLC**<br>12720 Hillcrest Road<br>Suite 1045<br>Dallas, TX 75230<br>972-387-4040<br>Fax: 972-387-4041<br>Email: KRogers@stecklerlaw.com<br><br>Paul D Stickney<br>**Steckler Gresham Cochran PLLC**<br>12720 Hillcrest Road, Suite 1045<br>Dallas, TX 75230<br>682-313-9656<br>Email: judgestick@gmail.com |
| Comerica, Inc.<br>Bruce Steckler<br>12720 Hillcrest Rd, Ste 1045<br>Dallas, TX 75230<br>(*Via Mail*) | |

| | |
|---|---|
| Comerica Bank<br>Bruce Steckler<br>12720 Hillcrest Rd, Ste 1045<br>Dallas, TX 75230<br>(*Via Mail*) | |
| Comerica Bank & Trust, N.A.<br>Bruce Steckler<br>12720 Hillcrest Rd, Ste 1045<br>Dallas, TX 75230<br>(*Via Mail*) | |

| *Ratliff CPA Firm v. Citizens Bank, The* 3:20-cv-02240-BHH (D.S.C.) | |
|---|---|
| Ratliff CPA Firm, PC<br>(*Via email to Counsel*) | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>vsheheen@thesavagefirm.com<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br>mmv@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |

|  |  |
| --- | --- |
| The Citizens Bank<br>C/O Thomas (Tommy) Bouchette, Registered Agent<br>1600 W. Palmetto Street<br>Florence, South Carolina 29501<br>*(Via Mail)* |  |

| *Ratliff CPA Firm v. Intuit Inc et al*, 3:20-cv-02241-BHH (D.S.C.) ||
| --- | --- |
| Ratliff CPA Firm, PC<br>*(Via email to Counsel)* | Richard A. Harpootlian (Fed I.D. No.1730)<br>**RICHARD A. HARPOOTLIAN, P.A.**<br>1410 Laurel Street (29201)<br>Post Office Box 1090<br>Columbia, SC 29202<br>Telephone: (803) 252-4848<br>Facsimile: (803) 252-4810<br>rah@harpootlianlaw.com<br><br>Mark C. Tanenbaum (Fed I.D. No. 4071)<br>**MARK C. TANENBAUM, P.A.**<br>1017 Chuck Dawley Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>Telephone: (803) 577-5100<br>Facsimile: 843-722-4688<br>mark@tanenbaumlaw.com<br><br>Vincent A. Sheheen (Fed I.D. No. 7016)<br>Michael D. Wright (Fed I.D. No. 11452)<br>**SAVAGE, ROYALL & SHEHEEN, L.L.P.**<br>P.O. Drawer 10<br>Camden, S.C. 29021<br>Telephone: (803) 432-4391<br>Facsimile: (803) 425-4812<br>vsheheen@thesavagefirm.com<br>mwright@thesavagefirm.com<br><br>Richard D. McCune<br>Michele M. Vercoski<br>**MCCUNE WRIGHT AREVALO LLP**<br>18565 Jamboree Road, Suite 550<br>Irvine, California 92612<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br>rdm@mccunewright.com<br>mmv@mccunewright.com<br><br>*Counsel for Plaintiff Ratliff CPA Firm* |
| Intuit Inc.<br>C/O Corporation Service Company |  |

| | |
|---|---|
| 1703 Laurel Street<br>Columbia, SC 29201<br>(*Via Mail*) | |
| Intuit Financing Inc.<br>C/O Corporation Service Company<br>1703 Laurel Street<br>Columbia, SC 29201<br>(*Via Mail*) | |

DATED: July 6, 2020

*s/ Richard D. McCune*

Richard D. McCune
**McCune Wright Arevalo LLP**
3281 Guasti Road Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: rdm@mccunewright.com

*Counsel for the Plaintiffs James Quinn, Fahmia, Inc., Prinzo & Associates, LLC, and Ratliff CPA Firm, PC*